

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-15-00012-CV

John E. **RODARTE**, Sr.,
Appellant

v.

Ralph **LOPEZ**, et al,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On March 25, 2015, we ordered that any contest to appellant's affidavit of indigence be filed in this court by April 6, 2015. No contest has been filed. Accordingly, appellant may proceed in this appeal without prepayment of costs.

We **order Bexar County District Clerk Donna K. McKinney** to file the clerk's record by **May 15, 2015.** No extensions of time will be granted absent a motion that (1) establishes extraordinary circumstances that prevent the timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court